**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **CYNTHIA R. HILL,** | |
| Plaintiff, | |
| v. | Case No. 2:25-cv-907 |
| **NEXSTAR MEDIA GROUP, INC.,** *et al.*, | |
| Defendants. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1441(c), Defendants Nexstar Media Group, Inc. and Nexstar Media, Inc. (collectively "Defendants") hereby give notice of their removal of the within action from the Franklin County, Ohio Court of Common Pleas to the United States District Court for the Southern District of Ohio, Eastern Division.  As grounds therefore, Defendants state this case is a civil action subject to removal to this Court on the basis of diversity jurisdiction, and further state as follows:

1.    On July 22, 2025, Plaintiff Cynthia R. Hill ("Plaintiff") commenced a civil action against Defendants in the Franklin County, Ohio Common Pleas Court, General Division, where it was docketed as Case No. 25CV006140.  A copy of all pleadings filed to date is attached hereto as Exhibit A.  No other pleadings or discovery have been served or filed in this action, nor has any court order been entered.

2.    A copy of this Notice of Removal, with accompanying exhibits, and a Notice to State Court of Removal are being served upon Plaintiff and will be filed with the Clerk for the Franklin County, Ohio Common Pleas Court promptly after the filing of this Notice of Removal with this Court, in accordance with the provisions of 28 U.S.C. § 1446(d).

3.      This case is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332 and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C. §§ 1441 and 1446 in that it is an action between citizens of different states wherein the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs:

(a)      As is stated in the caption of the Complaint, Plaintiff resides in Miami-Dade County, Florida, and is therefore a citizen of the State of Florida.  Defendant Nexstar Media Inc. is a privately held Delaware corporation which maintains its headquarters in Irving, Texas, and is a wholly-owned subsidiary of Nexstar Media Group, Inc.  Defendant Nexstar Media Group, Inc. is a publicly held Delaware Corporation which maintains its headquarters in Irving, Texas.

(b)      This is a civil action wherein the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.  Plaintiff seeks to vacate an arbitration award against her, and in favor of Defendants, totaling $76,644.50[1].  *See* Plaintiff's Motion to Vacate, Exhibit A.  The value of the dispute more likely than not exceeds $75,000, and, consequently, this case involves damages exceeding $75,000, so that Defendants may remove the action; and

(c)      This Court has original jurisdiction pursuant to 28 U.S.C. § 1332 inasmuch as the requirements for diversity jurisdiction are satisfied.

4.      This is a civil suit brought in the Franklin County, Ohio Common Pleas Court, and, accordingly, under 28 U.S.C. §§ 115(b)(2), 1441(a), and 29 U.S.C. § 1132(e)(2), the Eastern

---

[1] Plaintiff was ordered to remit Defendants' attorney fees of $37,144.50, and expenses of $27,850.00, in addition to the AAA administrative fees of $2,850 and arbitrator fees of $8,800, all totaling $76,644.50. *See* Complaint, Exhibit A, p. 11 of 39

Division of the United States District Court for the Southern District of Ohio is the proper forum for removal.[2]

5.      Fewer than thirty (30) days have elapsed since Defendants were served with the Complaint and Summons herein, making this removal timely pursuant to 28 U.S.C. § 1446(b).

6.      This Notice of Removal has been signed by counsel for Defendants, in compliance with the requirements of 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendants respectfully remove this action from the Franklin County, Ohio Common Pleas Court to this Court in accordance with the foregoing statutory provisions.

Respectfully submitted,

**LITTLER MENDELSON, P.C.**


/s/ *Jennifer B. Orr*
Jennifer B. Orr, Trial Attorney (#0084145)
jorr@littler.com
Key Tower
127 Public Square, Suite 1600
Cleveland, OH  44114-9612
Telephone:    216.623.6085
Facsimile:    216.696.2038

Andrew J. Klaben-Finegold (#0100484)
aklaben@littler.com
41 South High Street, Suite 3250
Columbus, OH  43215
Telephone:    614.463.4227
Facsimile:    614.633.1729

*Attorneys for Defendants*

---

[2] Plaintiff was an Ohio resident when she filed the underlying action with this Court at Docket 2:24-cv-3864-JLG-EPD.

## CERTIFICATE OF SERVICE

I hereby certify that, on this 12th day of August, 2025, the foregoing *Notice of Removal* was filed via the Court's electronic filing system.  Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the Court's electronic filing system.

I further certify that, on the above date, the foregoing was served, via both certified U.S. mail, postage prepaid, and regular U.S. mail, postage prepaid, and via electronic mail upon the following:

Ms. Cynthia R. Hill
2121 Biscayne Boulevard
Apt. #1657
Miami, FL  33137
crh246@gmail.com
*Plaintiff, pro se*

/s/ Jennifer B. Orr
An Attorney for Defendants

4924-5583-9837 / 121524.1013